missible before a court martial or civilian court.

■ Before the courts will intervene and interfere with the military's exercise of its authority over persons lawfully entered into its service, the complaining serviceman must utilize available administrative processes or demonstrate a substantial likelihood of success. Locks v. Laird, 441 F.2d 479 (9th Cir. 1971), Schwartz v. Covington, 341 F.2d 537 (9th Cir. 1965).

■ Appellant has not attempted to explore any administrative remedies, let alone exhaust them.

The judgment of the district court is affirmed.

Eugenio Cazorla, Dallas, Tex., for petitioner.

John N. Mitchell, Atty. Gen., U. S. Dept. of Justice, Washington, D. C., Troy A. Adams, Jr., District Director, Immigration & Nat. Service, New Orleans, La., Charles W. Jordan, District Director, Seagal V. Wheatley, U. S. Atty., San Antonio, Tex., James Gough, Asst. U. S. Atty., Houston, Tex., for respondent.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1] Marin v. Immigration & Naturalization Service, 438 F.2d 932 (9th Cir. 1971).

---

**Abel OROSCO–GARCIA, Petitioner,**

v.

**IMMIGRATION AND NATURALIZATION SERVICE, Respondent.**

No. 28794

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Aug. 27, 1971.

**James D. ANDRES, Plaintiff-Appellant,**

v.

**SOUTHWESTERN PIPE, INC.,**
Defendant-Appellee.

No. 71–1981

Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Aug. 20, 1971.

---

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

** Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

George M. Strickler, Jr., Robert F. Collins, New Orleans, La., Richard T. Seymour, Washington, D. C., for plaintiff-appellant; Richard B. Sobol, Washington, D. C., of counsel.

David L. McComb, New Orleans, La., Stanley E. Rauhut, Ben H. Powell, Jr., Houston, Tex., Chaffe, McCall, Phillips, Burke, Toler & Sarpy, New Orleans, La., Powell, Brown & Maverick, Houston, Tex., for defendant-appellee.

Before COLEMAN, SIMPSON and MORGAN, Circuit Judges:

PER CURIAM:

Affirmed.[1]  See Local Rule 21.[**]

**Joseph L. DYER, Appellant,**

v.

**Lawrence E. WILSON, Warden, Appellee.**

No. 24836.

United States Court of Appeals, Ninth Circuit.

July 21, 1971.

Carl J. Weber (argued), Orinda, Cal., for appellant.

Robert R. Granucci, Deputy Atty. Gen. (argued), Evelle J. Younger, Cal. Atty. Gen., Albert W. Harris, Jr., Asst. Atty. Gen., San Francisco, Cal., for appellee.

Before MERRILL, CARTER and CHOY, Circuit Judges.

PER CURIAM:

Appellant, a California state prisoner, appeals from an order of the district court denying his petition for writ of habeas corpus.

Petitioner challenged his convictions of robbery, rape and kidnapping on constitutional grounds. The district court concluded that the petitioner's allegations were without merit and invoked the presumption of the correctness of state court findings. There is nothing in the record now before us which indicates the district court made an independent review of the record of the state hearing before relying upon the state

---

1. The decision appealed from is reported as Andres v. Southwestern Pipe, Inc., W.D.La.1971, 321 F.Supp. 895.

** See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.